IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUCAS HUDDLESTON, on behalf of plaintiff and the class members defined herein, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:16-cv-09100 ) |
| AMERICAN AIRLINES, INC., | ) Honorable Andrea R. Wood ) |
| Defendants. | ) ) ) ) |

**DEFENDANT'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD
WITH RESPECT TO PLAINTIFF'S COMPLAINT**

Defendant American Airlines, Inc. ("AA" or "Defendant"), by and through its counsel, respectfully moves this Court on an unopposed basis for an extension of time to answer, move or otherwise plead with respect to the Complaint filed by plaintiff Lucas Huddleston ("Mr. Huddleston" or "Plaintiff"). In support of this motion, Defendant states as follows:

1. Mr. Huddleston filed this action in the United States District Court for the Northern District of Illinois, Eastern Division on September 20, 2016.

2. Service of the Complaint on Defendant was completed by summons on September 27, 2016.

3. Pursuant to Federal Rule of Civil Procedure 12(a), Defendant's response to Plaintiff's Complaint is currently due on October 18, 2016.

4. Counsel for Defendant was very recently retained, and was unable to confer with counsel for Plaintiff until the afternoon of Thursday, October 13, 2016, the very day counsel for Defendant was flying to Asia to adopt a child.

5. To prepare an appropriate response to the Complaint, and in light of defense counsel's adoption of a child, Plaintiff's counsel agreed to an extension of time for Defendant to answer or otherwise plead to December 5, 2016.

6. Defendant was under the misimpression that the responsive pleading was not due until October 21, 2016. When counsel looked at the docket in order to prepare this motion, counsel realized the summons appears to have been returned on September 27, 2016, causing the responsive pleading to actually be due on October 18, 2016.

7. As a result of time differences between Chicago and China, and though counsel was diligent, Defendant was unable to file this unopposed motion until October 18, 2016.

8. This is Defendant's first request for an extension from this Court. This motion is made in the interest of justice, not to delay the proceedings, and will not prejudice any party.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that this Court grant an extension of time for Defendant to answer, move or otherwise plead to December 5, 2016.

Dated: October 18, 2016

Respectfully submitted,

By: /s/ Livia M. Kiser

**SIDLEY AUSTIN LLP**

Livia M. Kiser
lkiser@sidley.com
Jessica Fishfeld
jfishfeld@sidley.com
One South Dearborn Street
Chicago, Illinois 60603
(t): (312) 853-7247
(f): (312) 853-7036

*Counsel for American Airlines, Inc.*

2

## **CERTIFICATE OF SERVICE**

     I, Jessica Fishfeld, hereby certify that on October 18, 2016, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system, which will send notification of such filing to all attorneys of record.

                                                 /s/ Jessica Fishfeld
                                                    Jessica Fishfeld