**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LUCAS HUDDLESTON, on behalf of plaintiff and the class members defined herein, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:16-cv-09100 |
| AMERICAN AIRLINES, INC., | ) | Honorable Andrea R. Wood |
| Defendant. | ) | |

## JOINT MOTION FOR ENTRY OF ESI PROTOCOL

Plaintiff Lucas Huddleston and Defendant American Airlines, Inc. respectfully move the Court for entry of the ESI Processing and Production Protocol attached hereto as **Exhibit A** ("the Proposed ESI Protocol"). The parties have agreed upon the terms of the Proposed ESI Protocol after sharing information regarding the available sources of data. It is intended to govern the production of electronically stored information and is consistent with the parties' understanding of the requirements of the Federal and Local Rules.

WHEREFORE, for the foregoing reasons, the parties respectfully request that the Court enter the Proposed ESI Protocol attached as Exhibit A.

Dated: February 20, 2017

Respectfully submitted,

By: /s/ Livia M. Kiser

Mark Blocker (mblocker@sidley.com)
Liv Kiser (lkiser@sidley.com)
Jessica Fishfeld (jfishfeld@sidley.com)
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, Illinois 60603
(t): (312) 853-7247
(f): (312) 853-7036

*Counsel for American Airlines, Inc.*

*/s/ Michael J. Boni*

Michael J. Boni
Joshua D. Snyder
John E. Sindoni
**BONI & ZACK LLC**
15 St. Asaphs Road
Bala Cynwyd, Pennsylvania 19004
Telephone: (610) 822-0200
mboni@bonizack.com
jsnyder@bonizack.com
jsindoni@bonizack.com

Benjamin Gordon Edelman
**LAW OFFICES OF BENJAMIN EDELMAN**
169 Walnut Street
Brookline, Massachusetts 02445
Telephone: (617) 359-3360
ben@benedelman.org

Oren S. Giskan
**GISKAN SOLOTAROFF & ANDERSON LLP**
217 Centre Street, 6th Floor
New York, NY 10013
Telephone: (212) 847-8315
ogiskan@gslawny.com

James L. Thompson
**LYNCH THOMPSON, LLP**
150 South Wacker Drive, Suite 2600
Chicago, Illinois 60606
Telephone: (312) 346-1600
jthompson@lynchthompson.com

*Counsel for Plaintiff and the Class*

**CERTIFICATE OF SERVICE**

I, Jessica Fishfeld, hereby certify that the foregoing was electronically filed using the Court's ECF system on February 20, 2017, which will serve notice upon all counsel of record.

*/s/ Jessica Fishfeld*